```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 05 B 15558
    ANTIONE H GILFORD
    DONELLE GILFORD                        CHAPTER 13

                                           JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-6730     SSN XXX-XX-7955

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/21/2005 and was confirmed 08/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 08/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
SAXON MORTGAGE            CURRENT MORTG         .00            .00            .00
SAXON MORTGAGE            MORTGAGE ARRE    10137.14            .00       10137.14
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00            .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     1300.00            .00        1300.00
BMW FINANCIAL SVC         SECURED          18898.88        1828.43       18898.88
FORD MOTOR CREDIT         SECURED          12000.00        1159.78       12000.00
IMAGE FINANCE LLC         UNSECURED             .00            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         26587.35            .00        2515.48
ALBERTSONS                UNSECURED        NOT FILED          .00             .00
ALLSTATE                  UNSECURED        NOT FILED          .00             .00
AMERICAN GENERAL FINANCE  UNSECURED        NOT FILED          .00             .00
BANK ONE                  UNSECURED        NOT FILED          .00             .00
CAPITAL ONE               UNSECURED        NOT FILED          .00             .00
CHECK N GO OF ILLINOIS I  UNSECURED        NOT FILED          .00             .00
RESURGENT ACQUISITION LL  UNSECURED         9920.60           .00             .00
RESURGENT ACQUISITION LL  UNSECURED          766.00           .00             .00
GREAT AMERICAN INSURANCE  UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED         7379.82           .00             .00
HOUSEHOLD AUTO FINANCE    UNSECURED        NOT FILED          .00             .00
HOUSEHOLD AUTOMOTIVE FIN  NOTICE ONLY      NOT FILED          .00             .00
LA SALLE BANK             UNSECURED        NOT FILED          .00             .00
RESURGENT ACQUISITION LL  UNSECURED         7637.84           .00             .00
SHORT TERM LOANS          UNSECURED        NOT FILED          .00             .00
SPECIALTY MERCHANDISE CO  UNSECURED          234.51           .00             .00
MED BUS/ OAK LAWN RADIOL  UNSECURED        NOT FILED          .00             .00
FORD MOTOR CREDIT         UNSECURED          455.48           .00             .00
BMW FINANCIAL SVC         UNSECURED        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  SECURED           6513.00           .00         6513.00
INTERNAL REVENUE SERVICE  UNSECURED        22736.63           .00             .00
T MOBILE                  UNSECURED        NOT FILED          .00             .00
UNIVERSITY OF CHICAGO DE  UNSECURED        NOT FILED          .00             .00
DAVID M SIEGEL            DEBTOR ATTY       2,244.00                      2,244.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 15558 ANTIONE H GILFORD & DONELLE GILFORD
```

```
TOM VAUGHN                TRUSTEE                            3,212.48
DEBTOR REFUND             REFUND                                  .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              59,809.19

PRIORITY                                      2,515.48
SECURED                                      48,849.02
    INTEREST                                  2,988.21
UNSECURED                                          .00
ADMINISTRATIVE                                2,244.00
TRUSTEE COMPENSATION                          3,212.48
DEBTOR REFUND                                      .00
                     ---------------        ---------------
TOTALS               59,809.19               59,809.19
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 11/20/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE